UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. PATRICK LUPINETTI, | ) ) ) | |
| Plaintiff-Relator, | ) ) | No. 19 C 825 |
| v. | ) ) | Chief Judge Pallmeyer |
| EXELTIS USA, INC., et al., | ) ) | Filed *In Camera* and Under Seal |
| Defendant. | ) ) | |

FILED
1/4/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the court of its decision not to intervene in this action. Additionally, the 30 plaintiff states[1] listed by the relator in the complaint all concur with this declination.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) allows the relator to maintain the action in the name of the United States. The action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id*. If either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that the court solicit the written consent of the United States before ruling or granting its approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the court be sent to counsel for the United States. The United States reserves the right to order any

---

[1] California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, and Wisconsin.

deposition transcripts, to intervene in this action for good cause at a later date, and to seek dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

In addition, with regard to the claims in relator's complaint asserted under Maryland law, the Maryland False Health Claims Act provides that "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604 (a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

Finally, the United States requests that the relator's complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and the extent of the United States' investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                        Respectfully submitted,

                        JOHN R. LAUSCH, Jr.
                        United States Attorney

                        By: s/ Nigel B. Cooney
                            NIGEL B. COONEY
                            Assistant United States Attorney
                            219 South Dearborn Street
                            Chicago, Illinois 60604
                            (312) 353-1996
                            nigel.cooney@usdoj.gov

Dated: December 31, 2020

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5 and LR 5.5, the following document:

**United States' Notice of Election to Decline Intervention**

was sent by e-mail on December 31, 2020, to:

For Relator:

Linda Wyetzner
Behn & Wyetzner, Chartered
17 North State Street, Suite 1600
Chicago, Illinois 60602
Phone: (312) 629-0000
lwyetzner@behnwyetzner.com

                                         By: s/ Nigel B. Cooney
                                              NIGEL B. COONEY
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-1996
                                              nigel.cooney@usdoj.gov