# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Patrick Lupinetti, <br><br> Plaintiff, <br><br> v. <br><br> Exeltis USA, Inc., *et al.*, <br><br> Defendants. | No. 1:19-cv-00825 <br> Judge Thomas M. Durkin |

### Defendants' Joint Motion to Dismiss the First Amended Complaint

Defendants Exeltis USA, Inc., Avion Pharmaceuticals, LLC, Mission Pharmacal Company, Vertical Pharmaceuticals, LLC, and Women's Choice Pharmaceuticals LLC, hereby move this Court to dismiss the amended complaint and the claims in this case, with prejudice, under Federal Rules of Civil Procedure 12(b)(6) and 9(b). This motion is based on the accompanying joint memorandum of law.

June 18, 2021

Respectfully submitted,

*/s/ Daniel D. Rubinstein*
Daniel D. Rubinstein
drubinstein@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 835-7000
Fax: (312) 853-7036

Mark D. Hopson, *pro hac vice forthcoming*
mhopson@sidley.com
Benjamin M. Mundel,
*pro hac vice forthcoming*
bmundel@sidley.com
Jillian Sheridan Stonecipher
jstonecipher@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8000

*Counsel for Exeltis USA, Inc.*

Ryan A. Kurtz, *pro hac vice*
ryan.kurtz@millermartin.com
Miller & Martin PLLC
1180 West Peachtree Street, NW
Regions Plaza Suite 2100
Atlanta, GA 30309
Tel: (404) 962-6100

Richard C. Rose, *pro hac vice*
richard.rose@millermartin.com
Miller & Martin PLLC
832 Georgia Ave.
Volunteer Building Suite 1200
Chattanooga, TN 37402-2289
Tel: (423) 756-6600

*Counsel for Avion Pharmaceuticals, LLC*

Lisa M. Noller
lnoller@foley.com
Ryan James Lowry
rlowry@foley.com
Foley & Lardner LLP
321 N. Clark St.
Chicago, IL 60654
Tel: 312-832-4500

John Andrew Tucker, *pro hac vice*
jtucker@foley.com
Foley & Lardner LLP
1 Independent Drive
Suite 1300
Jacksonville, FL 32202
Tel: (904) 359-2000

*Counsel for Mission Pharmacal Company*

Laura G. Hoey (#650643)
Laura.Hoey@ropesgray.com
Timothy R. Farrell (#6303276)
Timothy.Farrell@ropesgray.com
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200

Stefan P. Schropp, *pro hac vice*
Stefan.Schropp@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Ave., NW
Washington, DC 20003
Tel: (202) 508-4600

*Counsel for Vertical Pharmaceuticals LLC*

S. Lloyd Smith
Lloyd.smith@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314
Tel: (703) 836-6620

*Counsel for Women's Choice Pharmaceuticals, LLC*