# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America, et al.

                                  Plaintiff,

v.                                                        Case No.: 1:19−cv−00825

                                                                Honorable Thomas M. Durkin

Exeltis USA, Inc., et al.

                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

       MINUTE entry before the Honorable Thomas M. Durkin: The Court has been notified that plaintiff will not be seeking leave to amend the complaint. The case is therefore dismissed with prejudice. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.